## AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

I, Melissa E. Pitts, Special Agent, FBI, (hereinafter "Affiant"), having been duly sworn, hereby depose and state:

1. Your affiant is a Special Agent with the Federal Bureau of Investigation ("FBI") and has been since October 27, 2019. I am currently assigned to the FBI Louisville, Kentucky Field Office and investigate white collar and complex financial crimes. Through my training, education, and experience, I am familiar with criminal investigative techniques, including training in legal principles and statutes as they relate to criminal violations of federal criminal laws, including but not limited to, laws related to financial crimes such as health care fraud. I have also spoken with senior Special Agents for assistance and guidance while conducting investigations.

2. This affidavit is written in support of a criminal complaint and arrest warrant for DAMION LEMONT HAYES. I have been involved in the investigation of this matter, along with other law enforcement officers and agents, concerning potential violations of Title 18 United States Code, Section 2119, Motor Vehicles (also known as carjacking).

3. I am familiar with the information contained in this affidavit through personal participation in the investigation, review of documents and records, and conversations with other law enforcement officers and agents. Because this affidavit is submitted in support of an application for a criminal complaint and arrest warrant, it does not include every fact known concerning this investigation. There is however set forth a statement of fact and circumstances sufficient to establish probable cause for the issuance of an arrest warrant.

## STATUTORY VIOLATION

4.    The following is a violation of Title 18, United States Code, Section 2119:

Whoever, with the intent to cause death or serious bodily harm takes a motor vehicle that has been transported, shipped, or received in interstate or foreign commerce from the person or presence of another by force and violence or by intimidation, or attempts to do so, shall—

(1) be fined under this title or imprisoned not more than 15 years, or both,

(2) if serious bodily injury (as defined in section 1365 of this title, including any conduct that, if the conduct occurred in the special maritime and territorial jurisdiction of the United States, would violate section 2241 or 2242 of this title) results, be fined under this title or imprisoned not more than 25 years, or both, and

(3) if death results, be fined under this title or imprisoned for any number of years up to life, or both, or sentenced to death.

## PROBABLE CAUSE

5.    On May 27, 2020, large groups of people began to engage in protests in the downtown area of Louisville, Kentucky.

6.    On June 2, 2020, VICTIM 1 was driving her black, 2017 Subaru Forester, with her friend, VICTIM 2, down Bardstown Road planning to go to a Wendy's restaurant. According to VICTIM 1, when they ran into police activity and crowds they parked and got out of the vehicle to see what was going on.

7.    According to VICTIM 1, when VICTIM 2 and VICTIM 1 were walking, they came across a group of two females and five males. The females asked for a ride. When VICTIM 1 agreed to give them a ride, they all walked back to VICTIM 1's Subaru, however

only three of the males got into the vehicle. VICTIM 1 advised she did not like that and asked about the females getting a ride and the men said the females would be okay.

8. VICTIM 1 advised that the men told them they were called DONIVAN, WILL, and DON. She also believed one or two of them had tattoos on their arms.

9. VICTIM 1 then continued to drive to Wendy's, but was caught in a large traffic jam on Bardstown Road. According to VICTIM 1, she was uncomfortable with the males in the vehicle. She told them she was running out of fuel and needed to get gas. She was directed to a BP by one of the men, in an area near bars and liquor stores, one of the buildings was white with an orange roof. After one of the men exited the car and put $20 worth of gas into the vehicle, they got back into the vehicle and directed VICTIM 1 to drive to three different houses. VICTIM 1 and VICTIM 2 were unfamiliar with the area.

10. VICTIM 1 reported to agents that at the third house she wanted the men out of the car. VICTIM 1 reported when she turned to tell them she needed to get home, the male in the rear passenger side of the car had a gun pointed at her and VICTIM 2. Until that point, VICTIM 1 reported she had no idea they had a gun. Both VICTIM 1 and VICTIM 2 reported that they were forced out of the vehicle. VICTIM 1 reported that at one point she had her arms held by one of the men. She further reported they were told to leave their phones in the vehicle but VICTIM 1 slipped hers into her pocket, and VICTIM 2 left hers in the vehicle. VICTIM 1 reported that during the minor struggle outside of the vehicle, she sprayed one of the men with her "pepper spray."

11. VICTIM 1 reported they were left at Strader and Wheeler Streets in Louisville at approximately 12:23 a.m. on June 3, 2020. VICTIM 1 further reported she had her phone and

attempted to take pictures of her fleeing vehicle and called and reported the events to the Louisville Metro Police Department at that same approximate time.  According to VICTIM 2, her phone was subsequently found and returned to her by an officer with the Louisville Metro Police Department on June 3, 2020.

12. On June 4, 2020, at approximately 1:40 a.m., officers from the Louisville Metro Police Department were in pursuit of the aforementioned described Subaru, which flipped into the median off Interstate 64.  At that time, five people were inside the vehicle, all of whom were taken to University of Louisville Hospital. Two of those individuals were males; three were women.  The two males in the vehicle at the time of the crash have been identified as a juvenile and DAMION LEMONT HAYES.

13. Investigators called VICTIM 1 to inform her of the crash involving her vehicle. VICTIM 1 came to the scene of the incident and provided verbal consent for investigators on scene to search her vehicle. Amongst various items of evidence that were seized, of note were three phones that were taken back to FBI Louisville Headquarters and logged into evidence on the same date, June 4, 2020. The three phones included 1) an Apple iPhone, silver/white in color, IMEI 3558430895541, FCC#BCG-E3087A, IC: 579C-E3087A, Sprint SIM Card: 89011201000655052205; 2) a black Motorola cellular telephone with a cracked screen; and 3) a black QLINK cellular telephone (the "Devices").

14. On June 4, 2020, investigators seized the evidentiary items of interest from the stolen 2017 black Subaru Forester, VIN JF2SJAGC6HH513991, which was stolen on June 3, 2020, and ultimately rolled over on U.S. I-64 while fleeing from the police in the early morning on June 4, 2020.  Investigators retrieved HAYES' birth certificate, passport insurance card, and

KY Uniform Citation from LMPD dated June 3, 2020.  These items were found in a blue backpack on the ground next to the vehicle.  One firearm was recovered at the scene.

15. On June 5, 2020, the Devices were transported from Louisville FBI Headquarters to the Kentucky Regional Computer Forensic Laboratory (RCFL), located at 440 North Whittington Parkway, Suite 255, Louisville, KY  40222.

16. On June 4, 2020, DAIMON LEMONT HAYES was arrested by Louisville Metro Police Department (LMPD) and, based on the events described above, charged with Kidnapping – Adult, Robbery in the First Degree, Possession of Handgun by Convicted Felon, and Fleeing or Evading Police in the First Degree (Motor Vehicle).  As of June 3, 2020, the date of the carjacking, HAYES was on felony diversion as a result of a February 2020 conviction for charges that were originally filed as Murder and Robbery.

17. On June 4, 2020, FBI SA Brad Harvey, ATF SA Mike Beerwart, and LMPD Det. Tim Davis interviewed HAYES at the University of Louisville Hospital.  The interview was audio recorded.  After being read his Miranda rights, HAYES agreed to speak to detectives.  HAYES stated that he could not remember what happened.  He remembered the crash but was unable to remember anything prior to the crash.  HAYES was not driving the vehicle and he woke up in the "middle" of the car after the crash.  HAYES remembered an approximately 20-year-old male named THREE.  HAYES knew THREE for approximately two days.  HAYES believed THREE had a license, but did not think he was driving.  HAYES claimed he got into the vehicle just prior to the crash.  HAYES described the vehicle as a black "Jeep" or "Hummer."  HAYES remembered seeing THREE when he woke up.  HAYES had known THREE for about three or four days.  HAYES remembered the police lights and remember that

5

police cars had both their lights and sirens on. HAYES referred to himself by the nickname "WILL". HAYES stated that he took his "blue things." He described them as small blue pills with an "R" on them. He referred to them as Xanax (report has "Zanex"). HAYES knew one of the females in the vehicle as Nay or Janae. He believed she was approximately 20 years old. She was sitting in the back of the car. HAYES met the other occupants of the vehicle at a family party in the "west end." HAYES knew one of the other occupants of the vehicle, THREE's cousin. HAYES stated he was on felony probation and not supposed to possess or be around firearms.

18. During the interview, DAMION HAYES was observed wearing a red T-shirt with writing on the front, faded jeans with holes, and black Nike basketball style shoes. HAYES had multiple tattoos on both his right and left arm. On HAYES' left hand he had the initial "L" with two other letters. On his left forearm, he had multiple tattoos of six pointed stars. HAYES' hair was styled in short dreadlocks, approximately 3 to 4 inches long. HAYES was wearing a beaded necklace with a series of tan or brown beads.

19. FBI SA Brad Harvey and ATF SA Mike Beerwart, interviewed Janae Renne Sanders, who was an occupant of the stolen Subaru. She was interviewed at the University of Louisville Hospital after the accident. Sanders stated she was getting a ride to the Circle K in Portland. The driver of the vehicle was known to her as Will who also goes by the name "Four." Will made a series of wrong turns. When the police attempted to stop the vehicle, Will refused to pull the vehicle over. When asked to pull the car over by Sanders, he refused.

20. On June 4, 2020, VICTIM 2 was interviewed by FBI Agents at the Louisville FBI offices and was shown an image of HAYES. VICTIM 2 positively identified HAYES as one of

the individuals who forced her and VICTIM 1 at gunpoint out of the Subaru on June 3, 2020, and fled in the Subaru.

21. On June 5, 2020, I queried the Subaru's vehicle identification number in an open source database which provides information on where the vehicle was assembled. This vehicle was assembled in OTA, Gunma, Japan. Based on the vehicle's presence in Louisville, Kentucky, this vehicle traveled in interstate commerce.

22. Therefore, I believe there is probable cause that the individual identified above committed a violation of 18 U.S.C. § 2119.

_____
Melissa E. Pitts
Special Agent, FBI

Sworn to by the Affiant in accordance with the requirements of Fed. R. Crim. P 4.1 and 41(d)(3) by telephone and email, reliable electronic means, on this day, June 6, 2020.

_____
Regina S. Edwards
United States Magistrate Judge